

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00063-CR

MICHAEL HONGPATHOUM, Appellant    §    On Appeal from the 371st District Court

§    of Tarrant County (1321493D)

V.    §    June 6, 2019

§    Opinion by Justice Kerr

THE STATE OF TEXAS    §    (p)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $995 reparations award. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr